IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 0:07-925-JFA |
|---|---|---|
| v. | ) | ORDER |
| GEORGE JAKE KILLIAN | ) | |

The defendant, George Jake Killian, was sentenced to a term of 140 months upon his guilty plea to drug conspiracy charges. On October 5, 2011, this court entered an order granting the government's first motion for a reduction of his sentence pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure. This court granted the motion and reduced the defendant's sentence to 120 months.

The government has now filed a second motion for a reduction of the defendants under Rule 35(b)(2). Specifically, the government suggests that the defendant has provided unrewarded substantial assistance in the investigation and prosecution of other individuals which conforms to the guidelines and policy statements issued by the United States Sentencing Commission pursuant to 28 U.S.C. § 994. In connection with its motion, the government recommends a reduction of his offense level by two levels, reducing his sentence to a total of 100 months.

Consistent with its standard practice, this court advised the defendant that the government's motion to reduce his sentence had been filed and invited him to provide

1

information that the court might consider in determining the extent of the departure. The defendant responded to the court's notice.

After carefully reviewing the materials submitted by the government and the defendant, this court is of the opinion that a reduction is appropriate in this case. Therefore, the defendant's new offense level is 24 (from the first reduced offense level of 26) and the criminal history category remains at VI, yielding an advisory sentencing range of 100 to 125 months imprisonment.

Accordingly, the government's motion for a reduction of sentence (ECF No.156) is hereby granted. The custodial portion of the defendant's sentence is hereby reduced to a term of 100 months. All other aspects of the original sentence remain in full force. The Clerk is requested to docket the defendant's motion to compel (ECF No. 153) as moot.

IT IS SO ORDERED.

March 25, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge